Thomas Paul DOWNES v. Margaret Ann DOWNES, No. 231-74

June 2, 1976. Appeal dismissed for failure to comply with progress order of April 6, 1976.

Felice ESPOSITO & Antonetta Esposito, Danillo Barion & Teresa Barion & Sergio Barion & Carmella Barion v. Dorothy ZELLER, Administratrix of the Estate of Johann Zeller, No. 205-75

June 2, 1976. Appeal dismissed for failure to comply with progress order of April 6, 1976.

IN RE Luther KENT, License No. 568M, No. 344-75

June 2, 1976. Appeal dismissed for failure to comply with progress order of April 6, 1976.

IN RE M. R., No. 12-76

June 2, 1976. Appellant's motion to remand this cause to Rutland Superior Court pending appeal is granted, and the cause is forthwith remanded for the sole purpose of hearing the motion under V.R.C.P. 60(b) and making any appropriate redetermination of the findings and judgment, with direction to advance said cause upon the docket and to report to this Court its action on said motion.

SUMMIT SUPPLY, INC. v. WINSLOW PLUMBING, HEATING & CONTRACTING COMPANY, INC. v. Factory Point National Bank, et al., No. 232-75

June 3, 1976. The judgment of the Bennington Superior Court is vacated, and the cause is remanded for a ruling on the motion of Capitol Plumbing and Heating Company, Inc., to intervene in the action pursuant to V.R.C.P. 24.

Doreen M. MERRILL v. Dorian C. MERRILL, No. 227-75

June 8, 1976. Cause remanded for the sole purpose of hearing any motions relative to failure to pay support that are filed within ten days. Jurisdiction is retained for all other purposes.

Judith Ann HEWITT v. David Edgar HEWITT, No. 312-75

June 8, 1976. The case is reversed and remanded in accordance with our determination in Hoffman v. Hoffman, 133 Vt. 179, 333 A.2d 94 (1975).